# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00432-CV

### White Elephant Media, Inc., Appellant

### v.

### V. P. D. IV, Inc., Appellee

#### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
#### NO. D-1-GN-10-001183, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

White Elephant Media, Inc.'s appellant's brief is overdue. The brief was due to be filed December 31, 2010. By letter dated January 27, 2011, this Court's clerk notified appellant that its brief was late and that failure to file a brief, motion, or explanation by February 7, 2011 could result in this appeal being dismissed for want of prosecution. No brief, motion, or other document has been filed. We dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Jeff Rose, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed for Want of Prosecution

Filed:   March 24, 2011